Honorable David G Estudillo

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| Larisa Popkova DSHS Employee #1, Paula Brantner-Thomas DSHS Employee #2, Katherine Rowlette DSHS Employee #3, Karen Robbins DSHS Employee #4, Gary C. Bright DSHS Employee #5, on behalf of themselves and all other similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF SOCIAL AND HEALTH SERVICES, Don Clintsman and Jilma Meneses DOES 1-50,<br><br>Defendants. | CASE NO. 3:23-cv-05130<br><br>STIPULATED MOTION AND ORDER TO ADJUST CLASS CERTIFICATION BRIEFING SCHEDULE<br><br>NOTE ON MOTION CALENDAR:<br>February 14, 2024 |

Pursuant to LCR 7(j), the parties jointly ask the Court to continue the class certification briefing schedule by 28 days (four weeks) to facilitate resolution of potential class issues.

On August 8, 2023, the Court entered a briefing schedule for class certification. Dkt. #14. In advance of the deadline to file a motion for class certification, the parties began productive discussions focused on resolving class certification issues and eliminating the need for class certification briefing. On January 11, 2024, the parties submitted a stipulated motion to adjust the class certification briefing schedule by five weeks to accommodate those productive discussions. Dkt. #16. The Court granted that stipulated motion. Dkt. #17. At present, the deadline to file any

STIPULATED MOTION AND ORDER TO ADJUST CLASS CERTIFICATION BRIEFING SCHEDULE- 1

Case No. 3:23–cv–05130

Hillis Clark Martin & Peterson P.S.
999 Third Avenue, Suite 4600
Seattle, WA  98104
Tel: (206) 623-1745
Facsimile: (206) 623-7789

1  motion for class certification is February 16, 2024. *Id.*

2      The parties' discussions have progressed, but the parties have not reached a final agreement. The parties request an additional four week adjustment of the class certification briefing schedule to permit them to finalize their discussions. The parties anticipate that four weeks will be sufficient either to finalize an agreement, or conclude it is not possible. Discussions have already led to the resolution of one plaintiff's claims in their entirety (the parties expect to file a stipulation of dismissal for that plaintiff soon). The parties ask for this continued extension to additionally conserve the resources of the parties and the Court, and to facilitate the parties' good faith effort to find a mutually acceptable resolution. The Court has set no other deadlines in this matter, so no other case deadlines will be affected by this additional adjustment to the class briefing schedule.

DATED this 14th day of February, 2024.

| Pacific Justice Institute | Hillis Clark Martin & Peterson P.S. |
|---|---|
| By *s/ Tracy Tribbett*<br>Tracy Tribbett, WSBA, #35922<br>6404 Three Rivers Drive<br>Pasco, WA 99301<br>509.713.9868<br>ttribbett@pji.org | By *s/ Michael J. Ewart*<br>Mary Crego Peterson, WSBA #31593<br>Michael J. Ewart, WSBA #38655<br>999 Third Avenue, Suite 4600<br>Seattle, WA 98104<br>206.623.1745<br>mary.peterson@hcmp.com;<br>jake.ewart@hcmp.com; |
| *Attorney for Plaintiffs* | *Special Assistant Attorneys General*<br>*Attorneys for Defendant DSHS* |

STIPULATED MOTION AND ORDER TO ADJUST CLASS CERTIFICATION BRIEFING SCHEDULE- 2

Case No. 3:23–cv–05130

**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, WA  98104
Tel: (206) 623-1745
Facsimile: (206) 623-7789

# ORDER

IT IS SO ORDERED. Plaintiffs' new deadline to file any motion for class certification is March 15, 2024. Defendant DSHS's response to any motion for class certification is due April 19, 2024. Any reply in support of a motion for class certification is due April 26, 2024.

DONE IN OPEN COURT this 15th day of February, 2024.

_____
David G. Estudillo
United States District Judge

Presented by:

| Pacific Justice Institute | Hillis Clark Martin & Peterson P.S. |
|---|---|
| By *s/ Tracy Tribbett*<br>Tracy Tribbett, WSBA, #35922<br>6404 Three Rivers Drive<br>Pasco, WA 99301<br>509.713.9868<br>ttribbett@pji.org | By *s/ Michael J. Ewart*<br>Mary Crego Peterson, WSBA #31593<br>Michael J. Ewart, WSBA #38655<br>999 Third Avenue, Suite 4600<br>Seattle, WA 98104<br>206.623.1745<br>mary.peterson@hcmp.com;<br>jake.ewart@hcmp.com; |
| *Attorney for Plaintiffs* | *Special Assistant Attorneys General*<br>*Attorneys for Defendants* |

STIPULATED MOTION AND ORDER TO ADJUST CLASS CERTIFICATION BRIEFING SCHEDULE- 3

Case No. 3:23–cv–05130

**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745
Facsimile: (206) 623-7789

# CERTIFICATE OF SERVICE

I hereby caused to be served a true and correct copy of the foregoing document by method indicated below and addressed to the following:

| | |
|---|---|
| PACIFIC JUSTICE INSTITUTE<br><br>TRACY TRIBBETT, WSBA #35922<br>6404 THREE RIVERS DRIVE<br>PASCO, WA 99301<br>(509)-713-9868<br>ttribbett@pji.org<br><br>HAROLD FRANKLIN, WSBA #20486<br>459 Seneca Avenue NW<br>Renton, WA 98057<br>(206)-617-7031<br>hfranklin@pji.org | *Delivery Via:*<br>[☐] U.S. Mail<br>[☐] Overnight Mail<br>[☐] Facsimile<br>[☐] E-Mail<br>[☒] CM/ECF |

*Attorneys for Plaintiffs*

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 14th day of February, 2024, at Alexandria, Virginia.

HILLIS CLARK MARTIN & PETERSON P.S.

*s/ Erika M. Donis*
Erika M. Donis, Legal Assistant
erika.donis@hcmp.com

---

STIPULATED MOTION AND ORDER TO ADJUST CLASS CERTIFICATION BRIEFING SCHEDULE- 4

Case No. 3:23–cv–05130

**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, WA  98104
Tel: (206) 623-1745
Facsimile: (206) 623-7789