Honorable David G Estudillo

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| Larisa Popkova DSHS Employee #1, Paula Brantner-Thomas DSHS Employee #2, Katherine Rowlette DSHS Employee #3, Karen Robbins DSHS Employee #4, Gary C. Bright DSHS Employee #5, on behalf of themselves and all other similarly situated persons,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF SOCIAL AND HEALTH SERVICES, Don Clintsman and Jilma Meneses DOES 1-50,<br><br>　　　　　　　　　Defendants. | CASE NO. 3:23-cv-05130<br><br>**JOINT STATUS REPORT AND STIPULATED MOTION AND ORDER FOR CONTINUED STAY**<br><br>**NOTE ON MOTION CALENDAR:**<br>**May 20, 2024** |

On January 11, 2024 (Dkt. #16) and February 14, 2024 (Dkt #18) the parties jointly requested extensions of the class certification briefing schedule to enable the parties to focus their efforts on resolving the class certification issues without Court involvement. In each instance, the Court granted the parties' requests (Dkt. #17, #19). On March 15, 2024, the parties jointly asked the Court to strike the class certification briefing schedule and to stay the action for 30 days while the parties worked toward resolution. (Dkt. #20.) The Court granted that request on March 18, 2024. (Dkt. #21.) On April 17, 2024, the Parties asked for an additional 30 days to finalize settlement terms (Dkt. #22), and the Court also granted that request. (Dkt. #23.)

---

JOINT STATUS REPORT AND STIPULATED MOTION FOR CONTINUED STAY - 1

Case No. 3:23–cv–05130

Hillis Clark Martin & Peterson P.S.
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745
Facsimile: (206) 623-7789

The parties now report that they are agreed on terms and are awaiting only final signatures. The parties have filed two stipulated dismissals along with this Joint Status Report, but are awaiting signatures with respect to settlement of the remaining claims. Pursuant to LCR 7(j), the parties jointly ask the Court to stay the action for an additional 14 days. At the conclusion of 14 days, the parties will provide the Court with an additional status report if the parties have not by that time filed a stipulation of dismissal. The Court has set no other deadlines in this matter, so no other case deadlines will be affected by this request. This stay will continue to conserve the resources of the Court and the parties, and will additionally facilitate a resolution of this action.

DATED this 20th day of May, 2024.

| Pacific Justice Institute | Hillis Clark Martin & Peterson P.S. |
|---|---|
| By  *s/Tracy Tribbett* <br> Tracy Tribbett, WSBA, #35922 <br> 6404 Three Rivers Drive <br> Pasco, WA 99301 <br> 509.713.9868 <br> ttribbett@pji.org | By  *s/Michael J. Ewart* <br> Mary Crego Peterson, WSBA #31593 <br> Michael J. Ewart, WSBA #38655 <br> 999 Third Avenue, Suite 4600 <br> Seattle, WA 98104 <br> 206.623.1745 <br> mary.peterson@hcmp.com; <br> jake.ewart@hcmp.com; |
| *Attorney for Plaintiffs* | *Special Assistant Attorneys General Attorneys for Defendant DSHS* |

JOINT STATUS REPORT AND STIPULATED MOTION FOR CONTINUED STAY - 2

Case No. 3:23–cv–05130

**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, WA  98104
Tel: (206) 623-1745
Facsimile: (206) 623-7789

# ORDER

IT IS SO ORDERED. This action shall remain stayed for an additional **14** days. On or before the expiration of **14** days following entry of this order, the parties shall file a status report with the Court describing the status of the parties' settlement discussions.

DONE IN OPEN COURT this 24th day of May, 2024.

_____
David G. Estudillo
United States District Judge

JOINT STATUS REPORT AND STIPULATED MOTION FOR CONTINUED STAY - 3

Case No. 3:23–cv–05130

HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745
Facsimile: (206) 623-7789

Presented by:

| | | |
|---|---|---|
| Pacific Justice Institute | | Hillis Clark Martin & Peterson P.S. |
| By *s/Tracy Tribbett* | By | *s/Michael J. Ewart* |
| Tracy Tribbett, WSBA, #35922 | | Mary Crego Peterson, WSBA #31593 |
| 6404 Three Rivers Drive | | Michael J. Ewart, WSBA #38655 |
| Pasco, WA 99301 | | 999 Third Avenue, Suite 4600 |
| 509.713.9868 | | Seattle, WA 98104 |
| ttribbett@pji.org | | 206.623.1745 |
| | | mary.peterson@hcmp.com; |
| | | jake.ewart@hcmp.com; |
| *Attorney for Plaintiffs* | | *Special Assistant Attorneys General Attorneys for Defendant DSHS* |

## CERTIFICATE OF SERVICE

I hereby caused to be served a true and correct copy of the foregoing document by method indicated below and addressed to the following:

PACIFIC JUSTICE INSTITUTE

TRACY TRIBBETT, WSBA #35922
6404 THREE RIVERS DRIVE
PASCO, WA 99301
(509)-713-9868
ttribbett@pji.org

HAROLD FRANKLIN, WSBA #20486
459 Seneca Avenue NW
Renton, WA 98057
(206)-617-7031
hfranklin@pji.org

*Attorneys for Plaintiffs*

*Delivery Via:*
[ ] U.S. Mail
[ ] Overnight Mail
[ ] Facsimile
[ ] E-Mail
[☒] CM/ECF

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 20th day of May, 2024, at Alexandria, Virginia.

JOINT STATUS REPORT AND STIPULATED MOTION FOR CONTINUED STAY - 6

Case No. 3:23–cv–05130

**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745
Facsimile: (206) 623-7789

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

                                      HILLIS CLARK MARTIN & PETERSON P.S.

                                      *s/ Erika M. Donis*
                                      Erika M. Donis, Legal Assistant
                                      erika.donis@hcmp.com

JOINT STATUS REPORT AND STIPULATED MOTION FOR
CONTINUED STAY - 7

Case No. 3:23–cv–05130

HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745
Facsimile: (206) 623-7789